THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building  Suite 7516
    300 North Los Angeles  Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla Cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SUSAN THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,[1]<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | EDCV 03-1383 AJW<br><br><u>ORDER DISMISSING CASE</u> |

---

[1] Michael J. Astrue is now the Commissioner of Social Security but because the case is brought against him in his official capacity the case may continue without need for substitution. Fed.R.Civ.P. 25(d)(1).

-1-

1   Pursuant to the parties' stipulation to reopen this case for the purpose of entering
2   a stipulation and the Court's reopening the case, it is hereby ordered that this case is
3
4   dismissed without prejudice, with each party to bear its own costs and fees, including
5   attorney fees.
6   Date: January 31, 2008
7                                   / S /
8                           ANDREW J. WISTRICH
9                           United States Magistrate Judge